UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE WIGDAHL,<br><br>                Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                Defendant. | Case No. C14-1945 BHS-BAT<br><br>**REPORT AND RECOMMENDATION** |

Having reviewed the parties' stipulated motion to remand, the Court recommends that this matter be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and that plaintiff be afforded reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request. **Dkt. 19**. On remand, the administrative law judge ("ALJ") should:

1. allow plaintiff to submit additional evidence and arguments;
2. hold a *de novo* hearing and issue a new decision;
3. reevaluate plaintiff's alleged impairments at steps two and three, particularly lupus;

REPORT AND RECOMMENDATION - 1

4. reevaluate the medical opinion evidence, particularly the opinion of Paul Brown, M.D., Ph.D., in accordance with 20 C.F.R § 404.1527, explaining the weight given and providing legally sufficient reasons for any medical opinion that is rejected;

5. reassess plaintiff's credibility and residual functional capacity;

6. reevaluate plaintiff's ability to perform her past relevant work, making specific findings, explaining and resolving any conflicts, and obtaining vocational expert testimony as needed;

7. as necessary, reevaluate plaintiff's ability to perform other work at step five, obtaining vocational expert testimony; and

8. take any other actions necessary to develop the record.

A proposed order accompanies this Report and Recommendation. Because this is a stipulated motion, it is ready for **immediate consideration** by the district judge.

DATED this 30th day of June, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2